PETER A. TILYOU, Appellant, *v.* THE TOWN OF GRAVESEND et al., Respondents.

This case presented the same question and was argued and decided with *Tilyou* v. *Town of Gravesend, ante,* p. 356.